UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Erick Norman,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>Specialized Loan Servicing, LLC;<br>Experian Information Solutions, Inc.;<br>Equifax Information Services, LLC; and<br>Trans Union, LLC,<br><br>　　　　　　Defendants. | Case No.: 3:21-cv-03918-WHO<br><br>[~~PROPOSED~~] ORDER |

Based on the Stipulation of counsel, the case is dismissed, as to Defendant, Experian Information Solutions, Inc., with prejudice, each party to bear its own attorney fees and costs.

Date: November 10, 2021

_____

Hon. William H. Orrick