United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERICK NORMAN,

          Plaintiff,

    v.

TRANS UNION, LLC,

          Defendant.

Case No. 21-cv-03918-WHO

**ORDER OF DISMISSAL UPON SETTLEMENT**

Re: Dkt. No. 49

Plaintiff and Trans Union, LLC, by and through their counsel, have advised the Court that they have agreed to a settlement.

IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE as to Trans Union, LLC and any hearings scheduled in this matter are VACATED.  The matter has previously been dismissed regarding the other three defendants.  It is further ordered that if any party certifies to this Court, with proper notice to opposing counsel within ninety (90) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for further proceedings.  **IT IS SO ORDERED**.

Dated: February 8, 2022



WILLIAM H. ORRICK
United States District Judge